UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOLLY REED, on behalf of herself and
all others similarly situated,

        Plaintiff,

vs.                                Case No. 2:11-cv-386-FtM-29SPC

TALTEC RESOURCES, LLC, a florida
limited liability company, CORAL
HOSPITALITY, LLC, a Florida limited
liability company, THE LANDINGS
YACHT, GOLF & TENNIS CLUB, INC., a
Florida non-profit corporation doing
business as THE LANDINGS, DOUG
MARCOTTE, individually,

        Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #25), filed January 23, 2012, recommending that the Joint Motion to Approve Settlement and for Dismissal With Prejudice (Doc. #24) be granted, the settlement agreement approved, and the case dismissed with prejudice. The parties filed a Joint Notice to the Court Waiving Exception Period (Doc. #26) waiving the 14 day period to object to the Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify

the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #25) is hereby **adopted** and the findings incorporated herein.

2.  The Joint Motion to Approve Settlement and for Dismissal With Prejudice (Doc. #24) is **granted** and the Settlement Agreement, Waiver, and Release (Doc. #24-1) is **approved** as fair and reasonable.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this   31st   day of January, 2012.

*John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties